[No. 18329-7-III. Division Three. June 1, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL WALTER ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-1-00975-7, Gregory D. Sypolt, J., entered February 15, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 18330-1-III. Division Three. June 1, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL WALTER ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-1-01022-4, Gregory D. Sypolt, J., entered February 26, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 18175-8-III. Division Three. June 2, 2000.]

SUSAN F. DROZDOWSKI, *Appellant*, v. DONALD A. CHILSON, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-2-02150-2, Michael E. Donohue, J., entered December 21, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, A.C.J., and Schultheis, J.